# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Colonna's Shipyard, Inc. | ) | |
| dba Steel America Fabrication & Repair | ) | ASBCA No. 60145 |
| | ) | |
| Under Contract No. N40085-13-C-8028 | ) | |

APPEARANCE FOR THE APPELLANT:      Donald C. Holmes, Esq.
         Holmes, Pittman & Haraguchi, LLP
         Greensboro, MD

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
         Navy Chief Trial Attorney
         Henry D. Karp, Esq.
         Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 November 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60145, Appeal of Colonna's Shipyard, Inc. dba Steel America Fabrication & Repair, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals